219 So.2d 174

**Morris WINDHAM**

**v.**

**M & M MANUFACTURING COMPANY.**

No. 49671.

Feb. 28, 1969.

In re: Morris Windham applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 216 So.2d 922.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and the record in duplicate of the case; and

that counsel for plaintiff and defendant be notified.